Thomas F. Christensen, Esq.
Nevada Bar #2326
Christensen Law Offices, LLC
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T:702-870-1000
courtnotices@injuryhelpnow.com
*Attorneys for Defendant Kabul*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br>KABUL, INC. d/b/a FASTRIP PWC RENTALS, KABUL, INC. d/b/a FASTRIP FOOD STORE,<br><br>Defendants. | Case No.:<br>2:24-cv-02060-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Defendant Kabul, Inc. ("KABUL"), and Plaintiff Admiral Insurance Company ("ADMIRAL") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree, subject to this Court's approval, to extend the time for Plaintiff to respond to the allegations made in the Complaint on file herein. Defendant herein acknowledges that a copy of the complaint was provided to it on November 7, 2024, potentially then making a responsive pleading due on or before November 29, 2024 (due to the Thanksgiving holiday.)

The parties hereto, however, have agreed that any responsive pleading shall be filed on or before December 15, 2024. This stipulation is not based on delay, but rather on judicial efficiency. Based on the foregoing, the parties stipulate and request that the Court enter the order

///

///

///

.

**1**

so acknowledging and extending the time of Plaintiff's response.

Dated this 29th day of November, 2024.

| CHRISTENSEN LAW OFFICES, LLC | ARMSTRONG TEASDAL LLP |
|---|---|
| BY:__/s/Thomas Christensen_____ | BY: __/s/Tracy A. DiFillippo_____ |
| THOMAS CHRISTENSEN, ESQ. | TRACY A. DIFILLIPPO, ESQ. |
| Nevada Bar No. 2326 | Nevada Bar No. 7676 |
| 1000 S. Valley View Blvd. | 1760 Rafael Rivera Way, Suite 320 |
| Las Vegas, Nevada 89107 | Las Vegas, NV 89113 |
| courtnotices@injuryhelpnow.com | tdifillippo@atllp.com |

**ORDER IT IS SO ORDERED.**

_____

**United States Magistrate Judge**

**DATED :** 12-2-24

.