KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
TRACY A. DIFILLIPPO, ESQ.
Nevada Bar No. 7676
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:  702.678.5070
Facsimile:  702.878.9995
kstolworthy@atllp.com
tdifillippo@atllp.com

*Attorneys for Plaintiff*
*Admiral Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>     vs.<br><br>KABUL, INC. d/b/a FASTRIP PWC RENTALS,<br>KABUL, INC. d/b/a FASTRIP FOOD STORE,<br><br>             Defendants. | Case No.:  2:24-cv-2060-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR ADMIRAL INSURANCE COMPANY TO FILE OPPOSITION MOTION TO DISMISS (ECF NO. 7)** |

   The parties, by and through their respective counsel, hereby stipulate and agree, subject to this Court's approval, to extend the deadline for the Admiral Insurance Company ("Admiral") to file its opposition to the Motion to Dismiss for Lack Jurisdiction filed herein (ECF 159).

   Defendants Kabul, Inc. dba Fastrip PWC Rentals and Kabul, Inc. d/b/a Fastrip Food Store ("Kabul) filed their Motion to Dismiss ("Motion") on December 15, 2024.  Admiral's ("Admiral") opposition to Defendants Motion to Dismiss is currently due December 30, 2024.  Due to the upcoming holidays and Admiral's counsel's travel plans, Admiral requests a two-week extension to submit its opposition to the Motion to be due on January 13, 2025.

/ / /


/ / /

THEREFORE, the parties stipulate and request that the Court enter an order approving the proposed extension for Admiral to file its opposition to the Motion to Dismiss as set forth above.

Dated this 20th day of December 2024.                    Dated this 20th day of December 2024.

CHRISTENSEN LAW OFFICES                                  ARMSTRONG TEASDALE LLP

By: */s/ Dawn A. Hooker*                                 By: */s/ Tracy A. DiFillippo*
    Thomas Christensen, Esq.                                  TRACY A. DIFILLIPPO, ESQ.
    Nevada Bar No. 2326                                       Nevada Bar No. 7676
    Dawn Allysa Hooker                                         Armstrong Teasdale LLP
    Nevada Bar No. 7019                                       7160 Rafael Rivera Way, Suite 320
    1000 south Valley View Blvd., Suite P                     Las Vegas, Nevada 89113
    Las Vegas, NV 89107                                       Telephone:  702.678.5070
                                                              Facsimile:  702.878.9995
*Attorneys for Defendants/Third-Party*                   tdifillippo@atllp.com
*Plaintiff/Counterclaimant and Cross-Claimant*
*Kabul and Alexander*                                    *Attorneys for Plaintiff/Counterdefendant*
                                                              *Admiral Insurance Company*

## ORDER

IT IS SO ORDERED:

_____
Gloria M. Navarro

United States District Court Judge

Dated: December 20, 2024.