KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
TRACY A. DIFILLIPPO, ESQ.
Nevada Bar No. 7676
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:  702.678.5070
Facsimile:  702.878.9995
kstolworthy@atllp.com
tdifillippo@atllp.com

*Attorneys for Plaintiff*
*Admiral Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>KABUL, INC. d/b/a FASTRIP PWC RENTALS,<br>KABUL, INC. d/b/a FASTRIP FOOD STORE,<br><br>    Defendants. | Case No.:  2:24-cv-2060-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR ADMIRAL INSURANCE COMPANY TO FILE OPPOSITION TO MOTION TO DISMISS (ECF NO. 7)**<br><br>**(SECOND REQUEST)** |

The parties, by and through their respective counsel, hereby stipulate and agree, subject to this Court's approval, to extend the deadline for the Admiral Insurance Company ("Admiral") to file its opposition to the Motion to Dismiss filed herein (ECF 7).

Defendants Kabul, Inc. dba Fastrip PWC Rentals and Kabul, Inc. d/b/a Fastrip Food Store ("Kabul) filed their Motion to Dismiss ("Motion") on December 15, 2024.  An order granting a stipulation to extend deadline for Admiral ("Admiral") to file its opposition was granted on December 20, 2024 and the Opposition is currently due on January 13, 2025. Admiral's lead counsel, Tracy DiFillippo, recently was admitted to the hospital due to a serious medical condition. Admiral requests a three-week extension (until February 3, 2025) to submit its opposition so that additional counsel can be brought onto the case.

/ / /

1

1  THEREFORE, the parties stipulate and request that the Court enter an order approving the
2  proposed extension for Admiral to file its opposition to the Motion to Dismiss as set forth above.
3  Dated this 13th day of January 2025.          Dated this 13th day of January 2025.
4  CHRISTENSEN LAW OFFICES              ARMSTRONG TEASDALE LLP

5  By: */s/ Dawn Allysa Hooker*                By: */s/ Kevin R. Stolworthy*
   THOMAS CHRISTENSEN, ESQ.              KEVIN R. STOLWORTHY, ESQ.
6  Nevada Bar No. 2326                    Nevada Bar No. 2798
   DAWN ALLYSA HOOKER, ESQ.               TRACY A. DIFILLIPPO, ESQ.
7  Nevada Bar No. 7019                    Nevada Bar No. 7676
   1000 South Valley View Blvd., Suite P  7160 Rafael Rivera Way, Suite 320
8  Las Vegas, NV 89107                    Las Vegas, NV 89113

9  *Attorneys for Defendants/Third-Party*        *Attorneys for Plaintiff/Counterdefendant*
   *Plaintiff/Counterclaimant and Cross-Claimant*  *Admiral Insurance Company*
10 *Kabul and Alexander*

**ORDER**

IT IS SO ORDERED:

_____
Gloria M. Navarro
United States District Court Judge

Dated: January 13 , 2025.