Thomas F. Christensen, Esq.
Nevada Bar #2326
Christensen Law Offices, LLC
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T:702-870-1000
courtnotices@injuryhelpnow.com
*Attorneys for Defendant Kabul*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>KABUL, INC. d/b/a FASTRIP PWC RENTALS, KABUL, INC. d/b/a FASTRIP FOOD STORE,<br><br>Defendants. | Case No.:<br>2:24-cv-02060-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (ECF # 7)** |

The parties hereto, by and through their respective counsel, hereby stipulate and agree, subject to this Court's approval, to extend the deadline for Defendant Kabul, Inc. to file its Reply in support of its Motion to Dismiss for Lack of Jurisdiction filed herein. (ECF#7) Admiral Insurance Company ("Admiral") filed its Opposition to the Motion to Dismiss on February 3, 2025 (ECF #18). The parties recently worked together in rescheduling deadlines and the Court granted, upon stipulation, an extension for Kabul to file its Reply in Support of the Motion to Dismiss on or before February 10, 2025. Unfortunately, due to a power outage caused by construction in the office of Kabul's counsel, some additional time is needed. Therefore, the

///

///

///

///

.

1

parties hereto stipulate to an extension and agree that Kabul's Reply will now be due on or before February 14, 2025.

Dated this 10th day of February, 2025.

CHRISTENSEN LAW OFFICES, LLC

BY: __/s/Thomas Christensen_____
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
courtnotices@injuryhelpnow.com


ARMSTRONG TEASDALE LLP

By: /s/ Kevin Stolworthy____
KEVIN R. STOLWORTHY
Nevada Bar No. 2798
Armstrong Teasdale LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: 702.678.5070
Facsimile: 702.878.9995
kstolworthy@atllp.com

**ORDER IT IS SO ORDERED.**

_____
Gloria M. Navarro
**United States District Court Judge**

**DATED : February _11_, 2025.**