KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
BRANDON P. JOHANSSON, ESQ.
Nevada Bar No. 12003
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:  702.678.5070
Facsimile:  702.878.9995
kstolworthy@atllp.com
bjohansson@atllp.com
trothell@atllp.com

*Attorneys for Plaintiff*
*Admiral Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>KABUL, INC. d/b/a FASTRIP PWC RENTALS; KABUL, INC. d/b/a FASTRIP FOOD STORE,<br><br>Defendants. | Case No.:  2:24-cv-2060-GMN-MDC<br><br>**STIPULATION TO EXTEND TIME FILE RESPONSE TO OBJECTION TO RECOMMENDATION TO DENY DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Admiral Insurance Company ("Admiral") and Defendants Kabul, Inc. dba Fastrip PWC Rentals and Kabul, Inc. dba Fastrip Food Store ("Kabul") stipulate and agree, subject to the Court's approval, to extend the date by which Admiral may file its Response to Kabul's Objection to Recommendation to Deny Defendant's Motion to Dismiss (ECF No. 29) by 14 days from June 5, 2025, until June 19, 2025. This is the first request to extend this deadline.

1. Magistrate Judge Couvillier issued a Report and Recommendation pursuant to LR IB 1-4 on May 8, 2025, relating a Motion to Dismiss filed by Kabul. *See* ECF No. 28.

2. On May 22, 2025, Kabul filed its Objection to the Report and Recommendation pursuant to LR IB 3-2 and 28 U.S.C. § 636(b)(1)(C). *See* ECF No. 29.

3. Pursuant to LR IB 3-2, any response to the Objection must be filed within 14 days. Accordingly, Admiral's current deadline to file a response is June 5, 2025.

4. Due to conflicting deadlines and scheduling issues, Admiral requires additional time to file a response to the Objection and therefore requests a 14-day extension of the subject deadline until June 19, 2025.

5. Good cause exists to grant the requested extension. The Parties have stipulated to the extension, and no party will be prejudiced by the brief delay.

6. This stipulation is submitted in good faith and not for purposes of improper delay.

IT IS SO STIPULATED.

Dated: May 29, 2025.

| ARMSTRONG TEASDALE LLP | CHRISTENSEN LAW OFFICES, LLC |
|---|---|
| By: */s/ Trey A. Rothell*<br>KEVIN R. STOLWORTHY, ESQ.<br>Nevada Bar No. 2798<br>BRANDON P. JOHANSSON, ESQ.<br>Nevada Bar No. 12003<br>TREY A. ROTHELL, ESQ.<br>Nevada Bar No. 15993<br>7160 Rafael Rivera Way, Suite 320<br>Las Vegas, NV 89113<br><br>*Attorneys for Plaintiff*<br>*Admiral Insurance Company* | By: */s/ Dawn A. Hooker*<br>THOMAS F. CHRISTENSEN, ESQ.<br>Nevada Bar No. 2326<br>DAWN A. HOOKER, ESQ.<br>Nevada Bar No. 7019<br>1000 S. Valley View Blvd.<br>Las Vegas, NV 89107<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 29, 2025

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing was served:

☒ via electronic service to the address(es) shown below:
courtnotices@injuryhelpnow.com

☐ via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid, on the date and to the address(es) shown below:

Thomas Christensen, Esq.
1000 South Valley View Blvd., Suite P
Las Vegas, NV 89107

*Attorneys for Defendants Kabul, Inc. d/b/a Fastrip PWC Rentals and Kabul, Inc. d/b/a Fastrip Food Store*

Date: May 29, 2025

*Trey A. Rothell*
An employee of Armstrong Teasdale LLP