BRANDON P. JOHANSSON, ESQ.
Nevada Bar No. 12003
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
brandon.johansson@dentons.com
trey.rothell@dentons.com

*Attorneys for Plaintiff*
*Admiral Insurance Company*

MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
3271 East Warm Springs Road
Las Vegas, Nevada 89120
(702) 832-1670

*Designated only for personal service under Nev. SCR 42.1*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>KABUL, INC. d/b/a FASTRIP PWC RENTALS; KABUL, INC. d/b/a FASTRIP FOOD STORE,<br><br>Defendants. | Case No.: 2:24-cv-2060-GMN-MDC<br><br>**STIPULATION TO EXTEND TIME FILE RESPONSE TO COUNTERCLAIMS [ECF NO. 33]**<br><br>**(First Request)** |
| KABUL, INC., d/b/a FASTRIP PWC and FASTRIP FOOD STORE,<br><br>Counter/Cross/Third Party Claimant,<br><br>vs.<br><br>ADMIRAL INSURANCE COMPANY, *et al.*,<br><br>Counter/Cross/Third Party Defendants. | |

Plaintiff/Counterclaim Defendant Admiral Insurance Company ("Admiral") and Defendants/Counterclaimants Kabul, Inc. dba Fastrip PWC Rentals and Kabul, Inc. dba Fastrip

1

Food Store ("Kabul") stipulate and agree, subject to the Court's approval, to extend the date by which Admiral may file its Response to Kabul's Counter/Cross/Third Party Claims (ECF No. 33) by 21 days from July 1, 2025, until July 22, 2025. This is the first request to extend this deadline.

1. On June 10, 2025, Kabul filed its Answer and Counter/Cross/Third Party Claims which brought claims against Admiral and other third parties. *See* ECF No. 33.

2. Pursuant to Fed. R. Civ. P. 12(a)(1)(B), the current deadline for Admiral to respond to the claims brought therein is July 1, 2025.

3. Due to the complexity of factual and legal issues which must be addressed in any response to those claims, Admiral requires additional time to prepare its response.

4. Good cause exists to grant the requested extension. The Parties have stipulated to the extension, and no party will be prejudiced by the brief delay.

5. This stipulation is submitted in good faith and not for purposes of improper delay.

IT IS SO STIPULATED.

Dated: June 24, 2025.

| DENTONS DURHAM JONES PINEGAR P.C. | CHRISTENSEN LAW OFFICES, LLC |
|---|---|
| By: */s/ Trey A. Rothell*<br>BRANDON P. JOHANSSON, ESQ.<br>Nevada Bar No. 12003<br>TREY A. ROTHELL, ESQ.<br>Nevada Bar No. 15993<br>111 South Main Street, Suite 2400<br>Salt Lake City, Utah 84111 | By: */s/ Dawn A. Hooker*<br>THOMAS F. CHRISTENSEN, ESQ.<br>Nevada Bar No. 2326<br>DAWN A. HOOKER, ESQ.<br>Nevada Bar No. 7019<br>1000 S. Valley View Blvd.<br>Las Vegas, NV 89107 |
| *Attorneys for Admiral Insurance Company* | *Attorneys for Kabul, Inc.* |

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 6/25/2025