NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com
opancheri@spencerfane.com

*Attorneys for Counter/Cross/Third Party Defendants
Kevin Stolworthy and Armstrong Teasdale, LLP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KABUL, INC. d/b/a FASTRIP PWC RENTALS;<br>KABUL, INC. d/b/a FASTRIP FOOD STORE,<br><br>Defendants. | Civil Case No.: 2:24-cv-2060-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS ARMSTRONG TEASDALE, LLP AND KEVIN R. STOLWORTHY TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |
| KABUL, INC. d/b/a FASTRIP PWC RENTALS;<br>KABUL, INC. d/b/a FASTRIP FOOD STORE,<br><br>Counter/Cross/Third Party Claimants,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY, et al.,<br><br>Counter/Cross/Third Party Defendants. | |

Defendants/Counter/Cross/Third Party Claimants KABUL, INC. d/b/a FASTRIP PWC RENTALS; KABUL, INC. d/b/a FASTRIP FOOD STORE (collectively, "*Kabul*"), by and through its undersigned counsel of record, and Counter/Cross/Third Party Defendants KEVIN STOLWORTHY ("*Mr. Stolworthy*") and ARMSTRONG TEASDALE, LLP ("*Armstrong Teasdale*"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, On or about June 10, 2025, Kabul filed its Answer and Counter/Cross/Third Party Complaint naming additional parties including Armstrong Teasdale and Mr. Stolworthy. [ECF No. 33].

WHEREAS, Mr. Stolworthy's response is currently due on July 31, 2025.

WHEREAS, Armstrong Teasdale waived service under Fed. R. Civ. P. 4 on July 15, 2025 and its response is currently due on September 15, 2025.

WHEREAS, Kabul, Armstrong Teasdale and Mr. Stolworthy (through their undersigned counsel) have met and conferred regarding extending the deadline for Mr. Stolworthy to respond and to consolidate that deadline with the response deadline for Armstrong Teasdale.

WHEREAS, this is the first request for an extension to Mr. Stolworthy's deadline to respond and good cause exists for this extension based on the recent retention of counsel by Armstrong Teasdale and Mr. Stolworthy, as well as scheduling conflicts on the part of counsel and the desire to consolidate the response deadlines for Mr. Stolworthy and Armstrong Teasdale.

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED** by and among Kabul, Armstrong Teasdale and Mr. Stolworthy that the deadline for Armstrong Teasdale and Mr. Stolworthy to respond to Kabul's Counter/Cross/Third Party Claims [ECF No. 33] shall be **August 29, 2025**.

    **IT IS SO STIPULATED.**

Dated this 29th day of July, 2025.

| | |
|---|---|
| **CHRISTENSEN LAW OFFICES, LLC** | **SPENCER FANE LLP** |
| */s/ Thomas F. Christensen*<br>THOMAS F. CHRISTENSEN, ESQ.<br>Nevada Bar No. 2326<br>DAWN A. HOOKER, ESQ.<br>Nevada Bar No. 7019<br>1000 S. Valley View Blvd.<br>Las Vegas, NV 89107<br>Tel.: (702) 870-1000<br>Email: thomasc@injuryhelpnow.com<br>       dawnh@injuryhelpnow.com | */s/ Oliver J. Pancheri*<br>NICHOLAS J. SANTORO, ESQ.<br>Nevada Bar No. 532<br>OLIVER J. PANCHERI, ESQ.<br>Nevada Bar No. 7476<br>300 South 4th Street, Suite 1600<br>Las Vegas, Nevada 89101<br>Tel.: (702) 408-3400<br>Email: nsantoro@spencerfane.com<br>       opancheri@spencerfane.com |
| *Attorneys for Kabul, Inc.* | *Attorneys for Defendants Kevin Stolworthy and Armstrong Teasdale, LLP* |

    **IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 7/31/2025