```
1    Thomas F. Christensen, Esq.
     Nevada Bar #2326
2    Christensen Law Offices, LLC
     1000 S. Valley View Blvd.
3    Las Vegas, NV 89107
     T:702-870-1000
4    courtnotices@injuryhelpnow.com
5    Attorneys for Deft Kabul
```

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br>vs.<br>KABUL, INC. d/b/a FASTRIP PWC RENTALS,<br>KABUL, INC. d/b/a FASTRIP FOOD STORE,<br><br>Defendants.<br><br>KABUL, INC., dba FASTRIP PWC and FASTRIP FOOD STORE,<br>Counter/Cross/Third Party Claimant,<br>v.<br>ADMIRAL INSURANCE COMPANY, GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, NBS Insurance Agency, Inc. aka NATIONWIDE BROKERAGE SOLUTIONS, RT SPECIALTY, RSG SPECIALTY, LLC, RYAN SPECIALTY, LLC, ERIK W. FOX, WOLFE & WYMAN, LLP, KEVIN R. STOLWORTHY, ARMSTRONG TEASDALE, LLP, and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, Counter/Cross/Third Party Defendants. | **Case No.:**<br>**2:24-cv-02060-GMN-MDC**<br>**STIPULATION AND ORDER TO EXTEND TIME FOR KABUL, INC. TO RESPOND TO ADMIRAL'S SPECIAL MOTION TO DISMISS COUNTERCLAIMS PURSUANT TO NRS 41.660 AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)(ECF#48), SECOND MOTION TO DISMISS (#49), AND REQUEST FOR JUDICIAL NOTICE(#50)**<br>**(FIRST REQUEST)** |

.

**1**

The parties, by and through their respective counsel, hereby stipulate and agree, subject to this Court's approval, to extend the time for Defendant/Counter/Cross/Third Party Claimant KABUL, Inc. ("Kabul") to respond to Motions filed by Plaintiff/CounterDefendant Admiral Insurance Company ("Admiral") in an effort to promote overall efficiency and judicial economy. THEREFORE, the parties stipulate and request that the Court enter an order approving the proposed extensions as set forth below.

WHEREAS, on or about June 10, 2025, Kabul filed its Answer and Counter/cross/Third Party Complaint. (ECF#33) wherein additional parties and claims were added to the case.

WHEREAS, on July 22, 2025, Admiral filed a Special Motion to Dismiss Counterclaims Pursuant to NRS 41.660 (ECF#48), a Motion to Dismiss Pursuant to FRCP 12(B)(6) (ECF#49), and a Request for Judicial Notice (ECF#50). The responses to these Motions are currently due August 5, 2025.

WHEREAS the parties hereto have met and conferred regarding extending the deadlines to the pending Motions identified as ECFs # 48, 49, and 50 herein.

WHEREAS this is the first request to extend the deadlines and good cause exists based upon scheduling conflicts and the desire to consolidate responses for judicial efficiency. Lead Counsel for Plaintiff was out of the office visiting family on a planned vacation at the time the Motions were filed; also, he has a cruise planned for 14 days in August and will have limited internet capabilities. The plaintiff's counsel's firm consists of only two lawyers. The other lawyer has been away from the office during the last part of July and will again be away from the office in the beginning and middle of August due to moving children to colleges across the country (and even abroad). Therefore, responding timely to the Motions is not practical or possible. Additionally, there is a related case that was filed in State Court and removed to this Court.

.

Kabul has moved for remand and Admiral has moved to consolidate. (See ECF #57 and ECF #22 in 2:25-cv-01343-APG-MDC)  Responses to the Motion for Remand are due August 12, 2025 and Responses to the Motions to Consolidate are due August 18, 2025. Therefore, for judicial economy, it is beneficial to expand the time for the responses to the instant Motions.

IT IS HEREBY STIPULATED by and among counsel for Admiral and Kabul that the deadlines for Kabul's responses to ECFs 48, 49 and 50 shall be extended to September 5, 2025.

IT IS SO STIPULATED.

Dated this 5th day of August, 2025.

CHRISTENSEN LAW OFFICES, LLC
BY:__/s/Thomas Christensen_____
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada  89107
Ph: 702-870-1000
courtnotices@injuryhelpnow.com

DENTONS DURHAM JONES PINEGAR, P.C.
By: /s/Trey A. Rothell_____
Nevada Bar No. 15993
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: 801-415-3000
Fax: 801-415-3500
trey.rothell@dentons.com

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: August 6, 2025