**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSH COLE AICKLEN
NEVADA BAR NO. 007254
JESSICA BEELER
Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789

Attorneys for Cross-Defendants
Erik W. Fox and Wolfe and Wyman LLP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ADMIRAL INSURANCE COMPANY, | Case No. 2:24-cv-02060-GMN-MDC |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING TIME FOR CROSS-DEFENDANTS TO RESPOND TO CROSS-COMPLAINT** |
| vs. | |
| KABUL INC. d/b/a FASTRIP PWC RENTALS, KABUL INC. d/b/a FASTRIP FOOD STORE, | **(FIRST REQUEST)** |
| Defendant. | |
| AND RELATED CROSS-ACTION | |

WHEREAS, Cross-Complainant KABUL INC. d/b/a FASTRIP PWC and FASTRIP FOOD STORE ("Cross-Complainant ") filed its Cross-Complaint ("Cross-Complaint") against ERIK W. FOX and WOLFE & WYMAN, LLP ("Cross-Defendants") and others in this matter on June 10, 2025 [ECF No. 33].

WHEREAS, Cross-Defendants have requested and Cross-Complainant has stipulated to an extension of time of Cross-Defendant's deadline to answer or

otherwise respond to the Cross-Complaint based on the recent retention of counsel and so that the parties may explore the potential for early settlement.

WHEREAS, Cross-Complainant and Cross-Defendants are unaware of any current Court deadlines that will be affected by their stipulation herein.

WHEREAS, Cross-Defendants have agreed to waive service.

NOW, THEREFORE, Cross-Complainant and Cross-Defendants hereby stipulate as follows:

Cross-Defendant's deadline to answer or otherwise respond to the Cross-Complaint shall be extended to and including August 22, 2025.

DATED: August 18th, 2025   CHRISTENSEN LAW OFFICES LLC

By: ___/s/ Thomas F. Christensen___
Thomas F. Christensen, Esq.
Attorneys for Defendant/Cross-Complainant Kabul Inc.

DATED: August 18th, 2025   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ___/s/ Jessica Beeler___
JESSICA BEELER
Attorneys for Cross-Defendants Erik W. Fox and Wolfe and Wyman LLP

**ORDER**
**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge
Dated: August 19, 2025

161282405.1

2

STIPULATION EXTENDING TIME TO RESPOND TO CROSS-COMPLAINT

# FEDERAL COURT PROOF OF SERVICE
2:24-cv-02060-GMN-MDC

At the time of service, I was over 18 years of age and not a party to the action.

On August 18, 2025, I served the following document(s):

**STIPULATION EXTENDING TIME FOR CROSS-DEFENDANTS TO RESPOND TO CROSS-COMPLAINT**

I served the document on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

The document was served by the following means

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the document with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of Nevada that the foregoing is true and correct.

Executed on August 18, 2025.

                                              */s/ Jennifer Levin*
                                              Jennifer Levin