Thomas F. Christensen, Esq.
Nevada Bar #2326
Christensen Law Offices, LLC
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T:702-870-1000
courtnotices@injuryhelpnow.com
*Attorneys for Deft Kabul*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ADMIRAL INSURANCE COMPANY,

                Plaintiff,

vs.

KABUL, INC. d/b/a FASTRIP PWC RENTALS,
KABUL, INC. d/b/a FASTRIP FOOD STORE,

                Defendants.

**Case No.:
2:24-cv-02060-GMN-MDC
STIPULATION AND ORDER TO
EXTEND TIME FOR KABUL,
INC. TO RESPOND TO
ADMIRAL'S MOTION TO
CONSOLIDATE(#57)
(FIRST REQUEST)**

KABUL, INC., dba FASTRIP PWC and
FASTRIP FOOD STORE,
Counter/Cross/Third Party Claimant,

v.

ADMIRAL INSURANCE COMPANY,
GREGG EIDSNESS FARM BUREAU
FINANCIAL SERVICES, NBS Insurance
Agency, Inc. aka NATIONWIDE
BROKERAGE SOLUTIONS, RT SPECIALTY,
RSG SPECIALTY, LLC, RYAN SPECIALTY,
LLC, ERIK W. FOX, WOLFE & WYMAN,
LLP, KEVIN R. STOLWORTHY,
ARMSTRONG TEASDALE, LLP, and DOES I
through X, inclusive; and ROE
CORPORATIONS I through X, inclusive,
Counter/Cross/Third Party Defendants.

1

The parties, by and through their respective counsel, hereby stipulate and agree, subject to this Court's approval, to extend the time for Defendant/Counter/Cross/Third Party Claimant KABUL, Inc. ("Kabul") to respond to a Motion to Consolidate filed by Plaintiff/CounterDefendant Admiral Insurance Company ("Admiral") in an effort to promote overall efficiency and judicial economy. THEREFORE, the parties stipulate and request that the Court enter an order approving the proposed extension as set forth below.

WHEREAS, on or about June 10, 2025, Kabul filed its Answer and Counter/Cross/Third Party Complaint. (ECF#33) wherein additional parties and claims were added to the case.

WHEREAS, on July 22, 2025, Admiral filed a Special Motion to Dismiss Counterclaims Pursuant to NRS 41.660 (ECF#48), a Motion to Dismiss Pursuant to FRCP 12(B)(6) (ECF#49), and a Request for Judicial Notice (ECF#50). The responses to these Motions are currently due September 5, 2025. (See ECFs#59 and #60)

WHEREAS the parties hereto have met and conferred regarding extending the deadline to the pending Motion to Consolidate. (ECF#57)

WHEREAS this is the first request to extend the deadline and good cause exists based upon scheduling conflicts and the desire to consolidate responses for judicial efficiency. Lead Counsel for Plaintiff was out of the office visiting family at the time the Motion was filed; also, he has a cruise planned for 14 days in August and will have limited internet capabilities. The plaintiff's counsel's firm consists of only two lawyers. The other lawyer was away from the office during the last part of July and during the beginning and middle of August due to moving children to colleges across the country (and even abroad). Therefore, responding timely to the Motion to Consolidate is not practical or possible and it makes more sense to have all responses filed together on September 5, 2025. Additionally, the related case that Admiral is seeking to be

consolidated was filed in State Court and removed to this Court. Kabul has moved for remand and Admiral has responded (ECFs #22 and #28 in 2:25-cv-01343-APG-MDC). Kabul's Reply in support of the Motion to Remand is due August 19, 2025 so that Motion will then be ripe for decision. Therefore, for judicial economy, it is beneficial to extend the time for the response to the Motion to Consolidate herein.

IT IS HEREBY STIPULATED by and among counsel for Admiral and Kabul that the deadline for Kabul's response to the Motion to Consolidate (ECF#57) shall be extended to September 5, 2025.

IT IS SO STIPULATED.

Dated this 18th day of August, 2025.

CHRISTENSEN LAW OFFICES, LLC
BY:__/s/Thomas Christensen_____
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada  89107
Ph: 702-870-1000
courtnotices@injuryhelpnow.com

DENTONS DURHAM JONES PINEGAR, P.C.
By: /s/Trey A. Rothell_____
Nevada Bar No. 15993
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: 801-415-3000
Fax: 801-415-3500
trey.rothell@dentons.com

**IT IS SO ORDERED:**

_____

**UNITED STATES MAGISTRATE JUDGE**
**DATED: August 19, 2025**