1  Thomas F. Christensen, Esq.
   Nevada Bar #2326
2  Christensen Law Offices, LLC
   1000 S. Valley View Blvd.
3  Las Vegas, NV 89107
   T:702-870-1000
4  courtnotices@injuryhelpnow.com
5  *Attorneys for Deft Kabul*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br>vs.<br>KABUL, INC. d/b/a FASTRIP PWC RENTALS,<br>KABUL, INC. d/b/a FASTRIP FOOD STORE,<br><br>Defendants. | **Case No.:**<br>**2:24-cv-02060-GMN-MDC**<br>**STIPULATION AND ORDER TO EXTEND TIME FOR KABUL, INC. TO RESPOND TO ARMSTRONG TEASDALE'S AND KEVIN STOLWORTHY'S MOTION TO DISMISS KABUL, INC'S THIRD PARTY CLAIMS PURSUANT TO FRCP 12(b)(6) and SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.660 (#78)**<br>**(FIRST REQUEST)** |
| KABUL, INC., dba FASTRIP PWC and FASTRIP FOOD STORE,<br>Counter/Cross/Third Party Claimant,<br>v.<br>ADMIRAL INSURANCE COMPANY, GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, NBS Insurance Agency, Inc. aka NATIONWIDE BROKERAGE SOLUTIONS, RT SPECIALTY, RSG SPECIALTY, LLC, RYAN SPECIALTY, LLC, ERIK W. FOX, WOLFE & WYMAN, LLP, KEVIN R. STOLWORTHY, ARMSTRONG TEASDALE, LLP, and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br>Counter/Cross/Third Party Defendants. | |

.

1

The parties hereto, by and through their respective counsel, hereby stipulate and agree, subject to this Court's approval, to extend the time for Defendant/Counter/Cross/Third Party Claimant KABUL, Inc. ("Kabul") to respond to Motion to Dismiss Kabul Inc.'s Third Party Claims Pursuant to FRCP 12(b)(6) and Special Motion to Dismiss Pursuant to NRS 41.660 filed by Third Party Defendants, Armstrong Teasdale, LLP and Kevin Stolworthy (collectively, "AT"). THEREFORE, the parties hereto stipulate and request that the Court enter an order approving the proposed extension as set forth below.

WHEREAS, on or about June 10, 2025, Kabul filed its Answer and Counter/Cross/Third Party Complaint (ECF No. 33) wherein additional parties and claims were added to the case.

WHEREAS, on August 29, 2025, AT filed its Motion to Dismiss Pursuant to FRCP 12(B)(6) and Special Motion to Dismiss Pursuant to NRS 41.660 (ECF No. 78). The response to this Motion is currently due September 12, 2025.

WHEREAS the parties hereto have met and conferred regarding extending the deadline to the pending Motion. (ECF No. 78)

WHEREAS this is the first request to extend the deadline and good cause exists based upon scheduling conflicts. Counsel for Plaintiff was busy last week responding to multiple Motions by other parties in this same case. (See ECF Nos. 79-83) Additionally, counsel for Plaintiff has been out of the office this week due to preparation for and attendance of a celebration of life for a family member. Therefore, good cause exists to extend the time for the response to the Motion.(ECF No. 78)

///

///

///

.

IT IS HEREBY STIPULATED by and among counsel for AT and Kabul that the deadline for Kabul's response to the Motion to Dismiss Pursuant to FRCP 12(B)(6) and Special Motion to Dismiss Pursuant to NRS 41.660 (ECF No. 78) shall be extended to September 19, 2025.

IT IS SO STIPULATED.

Dated this 12th day of September, 2025.

CHRISTENSEN LAW OFFICES, LLC
BY:__/s/Thomas Christensen_____
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada  89107
Ph: 702-870-1000
courtnotices@injuryhelpnow.com

SPENCER FANE LLP
By:_/s/Oliver Pancheri___ __
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
300 S. 4th Street, Suite 1600
Las Vegas, NV 89101
opancheri@spencerfane.com

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
**DATED:** __September 19, 2025

3