Thomas F. Christensen, Esq.
Nevada Bar #2326
Christensen Law Offices, LLC
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T:702-870-1000
courtnotices@injuryhelpnow.com
*Attorneys for Deft Kabul*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br>vs.<br>KABUL, INC. d/b/a FASTRIP PWC RENTALS, KABUL, INC. d/b/a FASTRIP FOOD STORE,<br><br>Defendants. | Case No.:<br>2:24-cv-02060-GMN-MDC |
| KABUL, INC., dba FASTRIP PWC and FASTRIP FOOD STORE,<br>    Counter/Cross/Third Party Claimant,<br>v.<br>ADMIRAL INSURANCE COMPANY, GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, NBS Insurance Agency, Inc. aka NATIONWIDE BROKERAGE SOLUTIONS, RT SPECIALTY, RSG SPECIALTY, LLC, RYAN SPECIALTY, LLC, ERIK W. FOX, WOLFE & WYMAN, LLP, KEVIN R. STOLWORTHY, ARMSTRONG TEASDALE, LLP, and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, Counter/Cross/Third Party Defendants. | |

.

1

| | |
|---|---|
| KABUL, INC.,<br>　　　　　Plaintiff,<br>v.<br>ADMIRAL INSURANCE COMPANY, GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, NBS Insurance Agency, Inc. aka NATIONWIDE BROKERAGE SOLUTIONS, RT SPECIALTY, RSG SPECIALTY, LLC, RYAN SPECIALTY, LLC, ERIK W. FOX, WOLFE & WYMAN, LLP, KEVIN R. STOLWORTHY, ARMSTRONG TEASDALE, LLP,  DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br>　　　　　Defendants. | Consolidated with<br>2:25-cv-01343-GMN-MDC |

**STIPULATION AND PROPOSED ORDER**
**TO EXTEND TIME FOR RESPONSES AND REPLIES**

The parties hereto, by and through their respective counsel, hereby stipulate and agree, subject to this Court's approval, to extend the time for the parties to file Responses and Replies in the case as specified below.

In the instant case, Defendant/Counter/Cross/Third Party Claimant Kabul, Inc. ("Kabul") filed its Answer and Counter/Cross/Third Party Complaint on June 10, 2025. (ECF No. 33)  On September 12, 2025, Specially Appearing Third Party Defendants RT Specialty and RSG Specialty, LLC filed a Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim. (ECF No. 90)  Additionally, on September 12, 2025, Specially Appearing Third Party Defendant Ryan Specialty, LLC filed a Motion to Dismiss for Lack of Jurisdiction and a Joinder to RSG's Motion to Dismiss for Failure to State a Claim. (ECF No. 91)  The Responses to those two Motions is currently due September 26, 2025.  This is the first request to extend the deadline for the Responses.

.

**2**

On September 23, 2025, an Order was issued consolidating this lead case (2:24-cv-02060-GMN-MDC) with another case that was initiated in Nevada State Court and removed to this Court (2:25-cv-01343-GMN-MDC). In the latter case, the Kabul's Complaint was originally filed on June 10, 2024 and the Petition for Removal was filed on July 23, 2025 (ECF No. 1 in 2:25-cv-01343-GMN-MDC). Also in that case, on September 12, 2025, Specially Appearing Defendants RT Specialty and RSG Specialty, LLC filed a Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim. (ECF No. 60) Additionally, on September 12, 2025, Specially Appearing Defendant Ryan Specialty, LLC filed a Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim. (ECF No. 61) The Responses to those two Motions is currently due September 26, 2025. This is the first request to extend the deadline for the Responses.

WHEREAS the parties hereto have met and conferred regarding extending deadlines related to the briefing related to the pending Motions in the now consolidated case. The parties assert that good cause exists based upon scheduling conflicts. Counsel for Kabul has had out of state visitors and has been out of the office. Additionally, lead counsel is scheduled to be out of town next week. Additionally, counsel for RT Specialty, RSG Specialty and Ryan Specialty will be out of town the following week. Also, following the recent consolidation, the parties intend to explore ways that the case may be streamlined and made more efficient. Therefore, at this time, good cause exists to extend the time for the Responses to the Motions as well as the Replies.

///

///

///

.

3

IT IS HEREBY STIPULATED by and among counsel for Kabul and counsel for RT Specialty, RSG Specialty and Ryan Specialty that the deadlines for Kabul's Response to Specially Appearing Third Party Defendants RT Specialty and RSG Specialty, LLC filed a Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim. (ECF No. 90) and Specially Appearing Third Party Defendant Ryan Specialty, LLC filed a Motion to Dismiss for Lack of Jurisdiction and a Joinder to RSG's Motion to Dismiss for Failure to State a Claim. (ECF No. 91) shall be extended to October 10, 2025.

Further, IT IS HEREBY STIPULATED by and among counsel for Kabul and counsel for RT Specialty, RSG Specialty and Ryan Specialty that the deadlines for Kabul's Response to Specially Appearing Defendants RT Specialty and RSG Specialty, LLC filed a Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim. (ECF No. 60 in 2:25-cv-01343) Additionally, on September 12, 2025, Specially Appearing Defendant Ryan Specialty, LLC filed a Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim. (ECF No. 61 in ECF No. 60 in 2:25-cv-01343 ) shall be extended to October 10, 2025.

Further, IT IS HEREBY STIPULATED by and among counsel for Kabul and counsel for RT Specialty, RSG Specialty and Ryan Specialty that the deadlines for any Replies in support of any of above-stated Motions (ECF Nos. 90, 91; 60, 61 in 2:25-cv-01343) by Specially Appearing Defendants RT Specialty, RSG Specialty, LLC, and Ryan Specialty, LLC shall be extended to October 27, 2025.

///

///

///

///

4

The parties further agree that RT Specialty, Ryan Specialty, LLC and RSG Specialty LLC expressly preserve and do not waive the jurisdictional defenses asserted in the above motions by submitting this stipulation.

IT IS SO STIPULATED.

Dated this 26th day of September, 2025.

CHRISTENSEN LAW OFFICES, LLC
BY:  /s/Thomas Christensen
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada  89107
courtnotices@injuryhelpnow.com

HALL PRANGLE, LLC
By: /s/Nathan Reinmiller
NATHAN REINMILLER, ESQ.
Nevada Bar No.
1140 N. Town Center Drive, Suite 350
Las Vegas, NV 89144
nreinmiller@hallprangle.com

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
**DATED:**   September, 29, 2025

5