BRANDON P. JOHANSSON, ESQ.
Nevada Bar No. 12003
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
brandon.johansson@dentons.com
trey.rothell@dentons.com

JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@garinlawgroup.com

*Attorneys for Admiral Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>KABUL, INC. d/b/a FASTRIP PWC RENTALS; KABUL, INC. d/b/a FASTRIP FOOD STORE,<br><br>Defendants. | Case No.:  2:24-cv-2060-GMN-MDC<br><br>**STIPULATION TO EXTEND TIME FILE RESPONSE TO AMENDED COUNTER/CROSS/THIRD PARTY COMPLAINT [ECF NO. 126]**<br><br>**(First Request)** |
| KABUL, INC., d/b/a FASTRIP PWC and FASTRIP FOOD STORE,<br><br>Counter/Cross/Third Party Claimant,<br><br>vs.<br><br>ADMIRAL INSURANCE COMPANY, *et al.*,<br><br>Counter/Cross/Third Party Defendants. | |

Plaintiff/Counterclaim Defendant Admiral Insurance Company ("Admiral") and

Defendants/Counterclaimants Kabul, Inc. dba Fastrip PWC Rentals and Kabul, Inc. dba Fastrip

1

SLC_8858996.1

Food Store ("Kabul") stipulate and agree, subject to the Court's approval, to extend the date by which Admiral may file its Response to Kabul's Amended Counter/Cross/Third Party Complaint (ECF No. 126) by 14 days from March 19, 2026, until April 2, 2026. This is the first request to extend the subject deadline.

1.    On March 5, 2026, Kabul filed its Amended Counter/Cross/Third Party Complaint which brought claims against Admiral and other third parties. *See* ECF No. 126.

2.    Pursuant to Fed. R. Civ. P. 15(a)(3), the current deadline for Admiral to respond to the claims brought therein is March 19, 2026.

3.    Due to the complexity of factual and legal issues which must be addressed in any response to those claims, Admiral requires additional time to prepare its response.

4.    Good cause exists to grant the requested extension. The Parties have stipulated to the extension, and no party will be prejudiced by the brief delay.

5.    This stipulation is submitted in good faith and not for purposes of improper delay.

IT IS SO STIPULATED.

Dated: March 16, 2026.

DENTONS DURHAM JONES PINEGAR P.C.    CHRISTENSEN LAW OFFICES, LLC

By: /s/ Trey A. Rothell                          By: /s/ Dawn A. Hooker
    BRANDON P. JOHANSSON, ESQ.            THOMAS F. CHRISTENSEN, ESQ.
    Nevada Bar No. 12003                  Nevada Bar No. 2326
    TREY A. ROTHELL, ESQ.                 DAWN A. HOOKER, ESQ.
    Nevada Bar No. 15993                  Nevada Bar No. 7019
    111 South Main Street, Suite 2400     1000 S. Valley View Blvd.
    Salt Lake City, Utah 84111            Las Vegas, NV 89107

*Attorneys for Admiral Insurance Company*        *Attorneys for Kabul, Inc.*

## ORDER

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: March 17, 2026

2