ETHAN FEATHERSTONE, ESQ.
Nevada Bar No. 11566
BRADLEY G. TAYLOR, ESQ.
Nevada Bar No. 13778
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9341
Facsimile: (702) 255-2858
E-Mail: efeatherstone@grsm.com
          btaylor@grsm.com

***Attorneys for Third-Party Defendant,***
***GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> KABUL, INC., et al. <br><br> Defendants. | Case No.: 2:24-cv-02060-GMN-MDC <br><br> **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO AMENDED COUNTERCLAIM/CROSS/THIRD PARTY COMPLAINT [ECF NO. 126]** |
| KABUL, INC., <br><br> Counter/Cross/Third Party Plaintiff, <br><br> vs. <br><br> ADMIRAL INSURANCE COMPANY, et al. <br><br> Counter/Cross/Third Party Defendants. | **(FIRST REQUEST)** |

Third Party Defendant GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES ("EIDSNESS"), and Defendant/Third Party Plaintiff KABUL, INC. ("KABUL") stipulate and agree to extend the date EIDSNESS may file its response to KABUL's Amended

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

-1-

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

Counter/Cross/Third Party Complaint [ECF No. 126] from March 19, 2026, to April 2, 2026. This is the first request to extend this deadline.

On March 5, 2026, KABUL filed its 40-page Amended Counter/Cross/Third Party Complaint [ECF 126]. Pursuant to Fed. R. Civ. P. 15/(a)(3), EIDSNESS' response to KABUL's claims is required on March 19, 2026. Because of the nature of KABUL's amended claims, EIDSNESS required additional time to prepare and file its responses to KABUL's allegations. KABUL and EIDSNESS have agreed and stipulated that good cause exists to grant this extension for EIDSNESS to file its response to April 2, 2026. No Party will be prejudiced by this stipulation.

This stipulation is submitted in good faith and not for improper delay purposes.

**IT IS SO STIPULATE.**

DATED this 18th day of March 2026.

**CHRISTENSEN LAW OFFICES, LLC**

/s/ *Dawn A. Hooker*
THOMAS F. CHRISTENSEN, ESQ.
Nevada Bar No. 2326
DAWN A. HOOKER, ESQ.
Nevada Bar No. 7019
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
*Attorneys for Third Party Plaintiff, KABUL, INC.*

DATED this 18th day of March 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ *Bradley G. Taylor*
ETHAN FEATHERSTONE, ESQ.
Nevada Bar No. 11566
BRADLEY G. TAYLOR, ESQ.
Nevada Bar No. 13778
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Third Party Defendant, GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES*

**ORDER**

**IT IS SO ORDERED:**

_____
**Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE**

**DATED:** March 19, 2026