Josh Cole Aicklen
Nevada Bar No. 7254
Josh.Aicklen@lewisbrisbois.com
Jeffrey D. Olster
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
Jessica L. Beeler
Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789

*Attorneys for Third-Party Defendants*
*WOLFE & WYMAN LLP and ERIK W. FOX*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>      vs.<br><br>KABUL INC. d/b/a FASTRIP PWC RENTALS, KABUL INC. d/b/a FASTRIP FOOD STORE,<br><br>             Defendant.<br><br>AND RELATED COUNTER, CROSS, AND THIRD-PARTY ACTIONS | Case No. 2:24-cv-02060-GMN-MDC<br><br>**STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANTS TO RESPOND TO AMENDED COUNTER/CROSS/THIRD PARTY COMPLAINT [ECF NO. 126]**<br><br>**(FIRST REQUEST)** |

Cross-Complainant KABUL INC. d/b/a FASTRIP PWC and FASTRIP FOOD STORE ("Kabul") filed its Amended Counter/Cross/Third Party Complaint ("Amended Complaint") against ERIK W. FOX and WOLFE & WYMAN, LLP ("Third-Party Defendants") and others in this matter on March 3, 2026 [ECF No. 126]. Third-Party Defendants have requested and Kabul has stipulated to an extension of time of Third-Party Defendants' deadline to answer or otherwise

173699019.1                                           1

respond to the Amended Complaint. This is the first request to extend the subject deadline.

1.  Whereas, due to the complexity of factual and legal issues which must be addressed in any response to those claims, Third-Party Defendants require additional time to prepare its response.

2.  Whereas, good cause exists to grant the requested extension. The Parties have stipulated to the extension, and no party will be prejudiced by the brief delay. Kabul and Third-Party Defendants are unaware of any current Court deadlines that will be affected by their stipulation herein.

3.  Whereas, this stipulation is submitted in good faith and not for purposes of improper delay.

NOW, THEREFORE, Kabul and Third-Party Defendants hereby stipulate as follows:

Third-Party Defendants' deadline to answer or otherwise respond to the Amended Complaint shall be extended to and including April 2, 2026.

DATED: March 20th, 2026            CHRISTENSEN LAW OFFICES LLC


                                   By:     /s/ Thomas F. Christensen
                                          Thomas F. Christensen
                                          *Attorneys for Defendant/Cross-Complainant*
                                          *Kabul Inc.*

DATED: March 19th, 2026            LEWIS BRISBOIS BISGAARD & SMITH LLP


                                   By:     /s/ Jeffrey D. Olster
                                          Jeffrey D. Olster
                                          Jessica Beeler
                                          *Attorneys for Third Party Defendants Erik W. Fox*
                                          *and Wolfe and Wyman LLP*

**ORDER**

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge


Dated:  March 23, 2026

173699019.1                                        2