BRANDON P. JOHANSSON, ESQ.
Nevada Bar No. 12003
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
brandon.johansson@dentons.com
trey.rothell@dentons.com

JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@garinlawgroup.com

*Attorneys for Admiral Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>   vs.<br><br>KABUL, INC. d/b/a FASTRIP PWC RENTALS; KABUL, INC. d/b/a FASTRIP FOOD STORE,<br><br>      Defendants. | Case No.:  2:24-cv-2060-GMN-MDC<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF ADMIRAL INSURANCE COMPANY'S SPECIAL MOTION TO DISMISS AMENDED COUNTERCLAIMS PURSUANT TO NRS 41.660 [ECF NO. 155] AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6) [ECF NO. 156]**<br><br>**(First Request)** |
| KABUL, INC., d/b/a FASTRIP PWC and FASTRIP FOOD STORE,<br><br>      Counter/Cross/Third Party Claimant,<br><br>   vs.<br><br>ADMIRAL INSURANCE COMPANY, *et al.*,<br><br>      Counter/Cross/Third Party Defendants. | |

1

SLC_8858996.1

Plaintiff/Counterclaim Defendant Admiral Insurance Company ("Admiral") and Defendants/Counterclaimants Kabul, Inc. dba Fastrip PWC Rentals and Kabul, Inc. dba Fastrip Food Store ("Kabul") stipulate and agree, subject to the Court's approval, to extend the date by which Admiral may file its Reply in Support of its Special Motion to Dismiss Amended Counterclaims Pursuant to NRS 41.660 [ECF No. 155] and Motion to Dismiss Pursuant to Fed. R. Civ. R. 12(b)(6) [ECF No. 156] by 7 days from April 30, 2026, until May 7, 2026. This is the first request to extend the subject deadline.

1.     On March 5, 2026, Kabul filed its Amended Counter/Cross/Third Party Complaint which brought claims against Admiral and other third parties [ECF No. 126].

2.     On April 9, 2026, Admiral filed its Special Motion to Dismiss Amended Counterclaims Pursuant to NRS 41.660 [ECF No. 155] and Motion to Dismiss Pursuant to Fed. R. Civ. R. 12(b)(6) [ECF No. 156].

3.     On April 23, 2026, Kabul filed its Response to Admiral's Motions to Dismiss [ECF No. 160].

4.     Pursuant to LR 7-2(b), the current deadline for Admiral to file its reply is April 30, 2026.

5.     Admiral's counsel has been preparing for a two-day evidentiary hearing, which is scheduled for April 28 and 29. Admiral, therefore, requires additional time to prepare its reply.

6.     Good cause exists to grant the requested extension. The Parties have stipulated to the extension, and no party will be prejudiced by the brief delay.

/ / /

/ / /

/ / /

/ / /

2

SLC_8858996.1

7.    This stipulation is submitted in good faith and not for purposes of improper delay.

IT IS SO STIPULATED.

Dated: April 28, 2026.

DENTONS DURHAM JONES PINEGAR P.C.

By:  */s/ Trey A. Rothell*
    BRANDON P. JOHANSSON, ESQ.
    Nevada Bar No. 12003
    TREY A. ROTHELL, ESQ.
    Nevada Bar No. 15993
    111 South Main Street, Suite 2400
    Salt Lake City, Utah 84111

*Attorneys for Admiral Insurance Company*

CHRISTENSEN LAW OFFICES, LLC

By:  */s/ Dawn A. Hooker*
    THOMAS F. CHRISTENSEN, ESQ.
    Nevada Bar No. 2326
    DAWN A. HOOKER, ESQ.
    Nevada Bar No. 7019
    1000 S. Valley View Blvd.
    Las Vegas, NV 89107

*Attorneys for Kabul, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   April 28, 2026

3