Thomas F. Christensen, Esq.
Nevada Bar #2326
Christensen Law Offices, LLC
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T:702-870-1000
courtnotices@injuryhelpnow.com
*Attorneys for Defts Kabul & Alexander*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br>vs.<br>KABUL, INC. d/b/a FASTRIP PWC RENTALS, KABUL, INC. d/b/a FASTRIP FOOD STORE, et al,<br><br>Defendants. | Case No.:<br>2:24-cv-02060-GMN-MDC<br><br>Consolidated with<br>Case No.<br>2:25-cv-01343-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT (ECF No. 172 and 173)(First Request)** |
| KABUL, INC.,<br><br>Plaintiff,<br>vs.<br><br>ADMIRAL INSURANCE COMPANY, et al.,<br>Defendants. | |

The parties hereto, by and through their respective counsel, hereby stipulate and agree, subject to this Court's approval, to extend the deadline for Kabul to file its Replies in Support of its currently pending Motions as follows: (1) Motion for Partial Summary Judgment Reforming

the 2020 Policy [ECF No. 172] filed on September 4, 2026 and (2) Motion for Partial Summary Judgment Limiting Reimbursement, if any, to $20,000 [ECF No. 173] filed on September 9, 2026. Defendant Admiral Insurance Company timely filed Responses to the Motions as follows on September 25, 2026 [ECF No. 174] and on September 30, 2026 [ECF No. 175], respectively. This is the First Requested Extension. Due to unforeseen necessary medical treatment of Plaintiff's counsel this week causing him to be out of the office, and excusable neglect caused thereby, additional time is necessary. Therefore, the parties hereto stipulate to an extension and agree that Kabul's Replies to both Motions may be filed on or before October 21, 2026.

Dated this 7th day of October, 2026.

CHRISTENSEN LAW OFFICES, LLC
BY:__*/s/Thomas Christensen*______
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
courtnotices@injuryhelpnow.com

DENTON DURHAM JONES PINEGAR PC
BY: __*/s/Trey A. Rothell*______
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
1180 North Town Center Drive, Suite 200
Las Vegas, NV 89144
trey.rothell@dentons.com

**ORDER IT IS SO ORDERED.**

______________________________
**United States District Court Judge**
**DATED:** October 7, 2026