BRADLEY G. TAYLOR, ESQ.
Nevada Bar No. 13778
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9341
Facsimile: (702) 255-2858
E-Mail: btaylor@grsm.com

***Attorneys for Third-Party Defendant,***
***GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES***

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KABUL, INC., et al.<br><br>Defendants. | Case No.: 2:24-cv-02060-GMN-MDC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE [GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES]**<br><br>Consolidated with<br>Case No. 2:25-cv-01343-APG-MDC |
| KABUL, INC.,<br><br>Counter/Cross/Third Party Plaintiff,<br><br>vs.<br><br>ADMIRAL INSURANCE COMPANY, et al.<br><br>Counter/Cross/Third Party Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** to by Third-Party Defendant Gregg Eidsness Farm Bureau Financial Services ("GEFB") by and through its counsel, Bradley G. Taylor, Esq. of the law firm of Gordon Rees Scully Mansukhani LLP, and Third-Party Plaintiff Kabul, Inc. d/b/a Fastrip PWC Rentals and Kabul, Inc. d/b/a Fastrip Food Store ("Kabul"), by and through its counsel, Thomas F. Christensen, Esq. of the law firm Christensen Law Offices, LLC (collectively, the "Settling Parties"), that any and all claims among and between the above-

named Settling Parties be dismissed with prejudice with each party to bear their own fees and costs incurred herein.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this dismissal is solely as to GEFB, and will not affect any remaining dates, deadlines, and/or trial setting for the remaining parties.

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 28th day of October 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Bradley G. Taylor*

BRADLEY G. TAYLOR, ESQ.
Nevada Bar No. 13778
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
***Attorneys for Third-Party Defendant, GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES***

DATED this 7th day of October 2026.

**CHRISTENSEN LAW OFFICES, LLC**

*/s/ Thomas F. Christensen*

THOMAS F. CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
***Attorneys for Third-Party Plaintiff, KABUL, INC.***

*Approved as to form and content:*

DATED this 28th day of October 2026.

**DENTONS DURHAM JONES PINEGAR P.C.**

*/s/ Trey A. Rothell*

BRANDON P. JOHANSSON, ESQ.
Nevada Bar No. 12003
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
1180 North Town Center Drive, Suite 200
Las Vegas, Nevada 89144
***Attorneys for Admiral Insurance Company***

*Approved as to form and content:*

DATED this 8th day of October 2026.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jeffrey D. Olster*

JOSH COLE AICKLEN, ESQ.
Nevada Bar No. 7254
JEFFREY D. OLSTER, ESQ.
Nevada Bar No. 8864
JESSICA BEELER, ESQ.
Nevada Bar No. 15387
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
***Attorneys for Erik W. Fox and Wolfe and Wyman LLP***

*Approved as to form and content:*

DATED this 21st day of October 2026.

**HALL PRANGLE & SCHOONVELD, LLC**

*/s/ Nathan Reinmiller*

NATHAN REINMILLER, ESQ.
Nevada Bar No. 6793
1140 N. Town Center Drive, Suite 350
Las Vegas, NV 89144
***Attorneys for RT Specialty, RSG Specialty, LLC, and Ryan Specialty, LLC***

*Approved as to form and content:*

DATED this 8th day of October 2026.

**HINES HAMPTON PELANDA, LLP**

*/s/ Nicole Hampton*

NICOLE HAMPTON, ESQ.
Nevada Bar No. 16090
400 South 4th Street, Ste. 500
Las Vegas, NV 89101
***Attorneys for LocalEdge Insurance Agency, Inc.***

*Approved as to form and content:*

DATED this 8th day of October 2026.

**SPENCER FANE LLP**

*/s/ Jessie Padua*

NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
JESSIE PADUA, ESQ.
Nevada Bar No. 17107
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
***Attorneys for Kevin Stolworthy and Armstrong Teasdale, LLP***

**Gordon Rees Scully Mansukhani, LLP**
**300 S. 4th Street, Suite 1550**
**Las Vegas, NV 89101**

**ORDER**

**IT IS HEREBY ORDERED** that all claims between Third-Party Defendant Gregg Eidsness Farm Bureau Financial Services ("GEFB") and Third-Party Plaintiff Kabul, Inc. d/b/a Fastrip PWC Rentals and Kabul, Inc. d/b/a Fastrip Food Store ("Kabul") are **DISMISSED with prejudice**, with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that GEFB's Motion to Dismiss, (ECF No. 145), is **DENIED** as moot.

**IT IS SO ORDERED:**

**DATED** this 30 day of October, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT